**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 9:24-cv-80381-RLR

LAWRENCE FELTZIN,

    Plaintiff,
v.

12214 HIGHWAY ONE REALTY LLC,
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, LAWRENCE FELTZIN, and Defendant, 12214 HIGHWAY ONE REALTY LLC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than fourteen (14) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to this Defendant.

Respectfully submitted this April 25, 2024.

| | |
|---|---|
| /s/ *Beverly Virues* | /s/ *Gary A. Woodfield* |
| BEVERLY VIRUES, ESQ. | GARY A. WOOFFIELD, ESQ. |
| Florida Bar No.: 123713 | Florida Bar No.: 0563102 |
| GARCIA-MENOCAL, P.L. | NASON, YEAGER, GERSON, HARRIS & FUMERO, P.A. |
| 350 Sevilla Avenue, Suite 200 | 3001 PGA Boulevard, Suite 305 |
| Coral Gables, FL 33345 | Palm Beach Gardens, FL 33410 |
| Telephone: (305) 553- 3464 | Telephone: (561) 686-3307 |
| E-mail: bvirues@lawgmp.com | E-Mail: gwoodfield@nasonyeager.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this April 25, 2024.

        Respectfully submitted,

        **GARCIA-MENOCAL, P.L.**
        *Attorneys for Plaintiff*
        350 Sevilla Avenue, Suite 200
        Coral Gables, FL 33345
        Telephone: (305) 553-3464
        Facsimile: (305) 553-3031
        Primary E-Mail: bvirues@lawgmp.com
        Secondary E-Mail: jacosta@lawgmp.com;
        aquezada@lawgmp.com

        By: */s/ Beverly Virues*
            BEVERLY VIRUES