**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 9:24-cv-80381-RLR

LAWRENCE FELTZIN,

      Plaintiff,

v.

12214 HIGHWAY ONE REALTY LLC,

_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, LAWRENCE FELTZIN, ("Plaintiff"), and Defendant, 12214 HIGHWAY ONE REALTY LLC ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on May 23, 2024.

/s/ *Beverly Virues*
BEVERLY VIRUES, ESQ.
Florida Bar No.: 123713
GARCIA-MENOCAL, P.L.
350 Sevilla Avenue, Suite 200
Coral Gables, FL 33345
Telephone: (305) 553- 3464
E-mail: bvirues@lawgmp.com
*Counsel for Plaintiff*

*/s/ Gary A. Woodfield*
GARY A. WOOFFIELD, ESQ.
Florida Bar No.: 0563102
NASON, YEAGER, GERSON, HARRIS & FUMERO, P.A.
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410
Telephone: (561) 686-3307
E-Mail: gwoodfield@nasonyeager.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the

Court's electronic filing system upon all parties of record on May 23, 2024.

**GARCIA-MENOCAL, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:  bvirues@lawgmp.com
Secondary E-Mails: amejias@lawgmp.com;
aquezada@lawgmp.com

By: ___*/s/_Beverly Virues*_____
      BEVERLY VIRUES
      Florida Bar No.: 123713

2